# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
DENISE MANCUSO,,

                Plaintiff,                        22 **CIVIL** 5633 (KMK)

      -against-                              **JUDGMENT**

KILOLO KIJAKAZI, *Acting Commissioner of Social Security,*

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2023, finding no error, clear or otherwise, the Court adopts the R&R in its entirety. Accordingly, Plaintiff's Motion is denied, and Defendant's Motion is granted. Accordingly, the case is closed.

**Dated:** New York, New York

      September 28, 2023

                                                          **RUBY J. KRAJICK**
                                                            Clerk of Court

                                **BY:**

                                                             _____
                                                                **Deputy Clerk**